# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR241 |
| vs. | ) | ORDER |
| ALEJANDRO HERNANDEZ-MANZO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Alejandro Hernandez-Manzo (Hernandez-Manzo) for a revocation of his pre-trial release order (Filing No. 26). Hernandez-Manzo was released on conditions on August 10, 2011 (Filing No. 21). Hernandez-Manzo was unable to post bail in the Immigration Court proceedings and now seeks a return to the custody of the U.S. Marshal. Hernandez-Manzo's motion will be granted.

**IT IS ORDERED:**

1. Defendant Hernandez-Manzo's Motion to Revoke Pre-trial Release (Filing No. 26) is granted.
2. The Order Setting Conditions of Release (Filing No. 21) is revoked.
3. Hernandez-Manzo is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
4. Hernandez-Manzo shall be afforded reasonable opportunity for private consultation with counsel.
5. On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which Hernandez-Manzo is confined deliver Hernandez-Manzo to a United States Marshal for the purpose of an appearance in connection with a court proceeding.
6. The U.S. Marshal shall place a detainer with Immigration and Custom Enforcement (ICE) authorities.

DATED this 20th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge